**MEGAN RACHOW**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, Montana 59403**
**119 First Ave. North #300**
**Great Falls, Montana 59401**
**Phone: (406) 761-7715**
**Email: Megan.Rachow@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

JUN 0 3 2026

Clerk, U.S. District Court
District of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ANGELA YVONNE KEMP,**<br><br>Defendant. | **CR 26-40 -GF-BMM**<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1)**<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><br>**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count 2)**<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release) |

1

|  | **CRIMINAL FORFEITURE**<br>**Title 21 U.S.C. § 853(a)(1) and (2)**<br>**Title 21 U.S.C. § 881(a)(11)**<br>**Title 18 U.S.C. § 924(d)** |
| --- | --- |

THE GRAND JURY CHARGES:

## COUNT 1

That beginning on or about February 27, 2026, and continuing thereafter through May 5, 2026, at or near Great Falls, in Cascade County, in the State and District of Montana, and elsewhere, the defendant, ANGELA YVONNE KEMP, knowingly and unlawfully possessed, with the intent to distribute, 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2

That on or about May 1, 2026, at or near Great Falls, in Cascade County, in the State and District of Montana, the defendant, ANGELA YVONNE KEMP, knowingly possessed a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a Court of the United States, that is, possession with the intent to distribute methamphetamine as charged in count 1 of this indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

///

///

## FORFEITURE ALLEGATIONS

1.     Upon conviction of the offense set forth in count 1 in this indictment, the defendant, ANGELA YVONNE KEMP, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and § 881(a)(11):  (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

2.     Upon conviction of the offense set forth in count 2 in this indictment, the defendant, ANGELA YVONNE KEMP, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original
Document Filed Under Seal

FOREPERSON

MARK STEGER SMITH
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3